Bob **GEARY, et al.,**
**Plaintiffs–Appellees,**

v.

**Louise RENNE, San Francisco City Attorney, et al., Defendants–Appellants.**

No. 88–2875.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Sept. 16, 1988.

Decided Sept. 21, 1988.

Dennis Aftergut, City Attorney's Office, San Francisco, Cal., for defendants-appellants.

Arlo Hale Smith, San Francisco, Cal., for plaintiffs-appellees.

Before SNEED, CANBY and TROTT, Circuit Judges.

## ORDER

The judgment of the trial court in this case entered on April 27, 1988, is ordered stayed pending further order of this court.